**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada Bar #8409
Jsc@cogburnlaw.com
DAVID J. WEDEMEYER, ESQ.
Nevada Bar #11318
Djw@cogburnlaw.com
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
Tel: (702) 384-3616
Fax: (702) 943-1936
Attorneys for Darlene Montgomery

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DARLENE MONTGOMERY,

Plaintiff,

vs.

CLARK COUNTY COLLECTION SERVICE, LLC,

Defendant.

Case No: 2:11-cv-00288

Plaintiff, Darlene Montgomery, by and through her attorney of record, Cogburn Law Offices, hereby requests the above-entitled action be voluntary dismissed with prejudice.

Dated: April 7, 2011

COGBURN LAW OFFICES

By: /s/ David J. Wedemeyer
JAMIE S. COGBURN, ESQ.
Nevada Bar No. 8409
DAVID J. WEDEMEYER, ESQ.
Nevada Bar No. 11318
9555 S. Eastern Ave., Suite 280
Las Vegas, NV 89123
Attorney for Plaintiffs

IT IS SO ORDERED.

PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: April 8, 2011.

COGBURN LAW OFFICES
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
(702) 384-3616 FAX: (702) 943-1936